Nicole Owens
Federal Public Defender
John Cacheris
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Juan Manuel Rios-Martinez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable David C. Nye

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Juan Manuel Rios-Martinez, et. al.<br><br>Defendant | No. 1:25-cr-00135-DCN<br><br>**Exhibits Submitted at Detention Hearing** |

Juan Manuel Rios-Martinez, by and through his counsel of record, John Cacheris of the Federal Defender Services of Idaho, attaches herewith the exhibits that were provided to the Court during the detention hearing held on February 23, 2026.

Dated: March 9, 2026

Nicole Owens
Federal Public Defender
By:

/s/ John Cacheris
John Cacheris
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Juan Manuel Rios-Martinez

**Certificate of Service**

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Sean Mazorol, Assistant U.S. Attorney

Dated: March 9, 2026

/s/ Joy Fish
Joy Fish

*** REC 2001219 190448 H88538E0 FZ59 CIPMEA1 PEA1 (F-HJO ) ***

APPLICATION FOR ORIGINAL SOCIAL SECURITY NUMBER CARD REF: 01219064360

APPLICANT NAME: JUAN MANUEL RIOS
NAME TO BE SHOWN ON CARD: JUAN MANUEL RIOS
APPLICANT'S MAILING ADDRESS: 1847 VOLK AVE
LONG BEACH CA 90815
SEX: M BIRTH DATE: 10/27/1966
PLACE OF BIRTH: GUANAJUATO, MX FOREIGN BORN
MOTHER'S NAME AT HER BIRTH:
ELVIRA MARTINEZ
FATHER'S NAME: JOSE RIOS
HAS THE APPLICANT OR ANYONE ACTING ON HIS/HER BEHALF EVER FILED FOR OR RECEI
A SOCIAL SECURITY NUMBER CARD BEFORE? NO
CITIZENSHIP: LEGAL ALIEN ALLOWED TO WORK
RACE/ETHNIC DESCRIPTION: HISPANIC

WARNING

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH

X SIGNATURE: Juan m Rios X DATE: 8/7/2001

YOUR RELATIONSHIP TO APPLICANT: (✓) SELF ( ) OTHER (SPECIFY)

WITNESS (IF SIGNED BY MARK X):

WITNESS (IF SIGNED BY MARK X):

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

DATE APPLICATION ENTERED: 08/07/01 DOC: 958
UNIT: DL

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW:

D Lawrence SR DATE: 8-7-01

DATE:

IN-PERSON INTERVIEW CONDUCTED? YES

ACCEPTABLE EVIDENCE OF CITIZENSHIP/ALIEN STATUS, IDENTITY, AND AGE SUBMITTED
TYPES OF EVIDENCE SUBMITTED: I-688B A077967893 EXP: 8-2-02 SAVE FAILU
RE BLACK LIGHT VERIFIED RECEIPT SHOWN CA D/L A3506987 EXP: 10-27-01

DEFENDANT'S EXHIBIT
1

Garden and Turf Care
441-101 Cranston Court
Long Beach, CA 90803
562-498-8288

# Paystub Detail

Pay Period: 08/17/2002 - 08/23/2002

Check Date: 8/23/2002
Check No.: 1276

**Personal Information**

Juan M Rios
1847 Volk Avenue
Long Beach, CA 90815

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

**Earnings and Hours**

| Description | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Hourly Regular R... | 40.00 | 8.75 | 350.00 | 11,830.00 |
| Total | | | 350.00 | 11,830.00 |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Withholding | -7.00 | -231.00 |
| Social Security Employee | -21.70 | -733.46 |
| Medicare Employee | -5.08 | -171.54 |
| CA - Disability Employee | -3.15 | -106.47 |
| Total | -36.93 | -1,242.47 |

**Deductions from gross**

Total

**Adjustments to Net Pay**

Total

**Taxable Company Contributions**

**Summary**

| | Current | YTD |
|---|---|---|
| Earnings | 350.00 | 11,830.00 |
| Deductions from gross | 0.00 | 0.00 |
| Taxes | -36.93 | -1,242.47 |
| Adjustments | 0.00 | 0.00 |
| NET PAY | 313.07 | 10,587.53 |

| | Used | Available |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Vacation | 0.00 | 60.00 |

| | Status | Allowances | Extra |
|---|---|---|---|
| Federal | Head of Household | 4 | |
| CA | Head of Household | 4 | |

RIOS-MARTINEZ_000539

| | | | |
|---|---|---|---|
| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
| b Employer identification number<br>95-4556011 | | 1 Wages, tips, other compensation<br>17634.75 | 2 Federal income tax withheld<br>487.00 |
| c Employer's name, address, and ZIP code<br>GORDON TYLER CAMPBELL<br>441-101 CRANSTON COURT<br>LONG BEACH, CA 90803-6389 | | 3 Social security wages<br>17634.75 | 4 Social security tax withheld<br>1093.35 |
| | | 5 Medicare wages and tips<br>17634.75 | 6 Medicare tax withheld<br>255.70 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>JUAN M RIOS<br>1847 VOLK AVENUE<br>LONG BEACH, CA 90815 | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | 14 Other<br>SDI 158.71 | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 420 5977 4 | 17634.75 | | | | |

Form **W-2** Wage and Tax Statement **2001**

Department of the Treasury—Internal Revenue Servi

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B).

Safe, accurate, FAST! Use IRS e-file

| | | | |
|---|---|---|---|
| 1 Wages, tips, other comp.<br>1894.30 | | 2 Federal income tax withheld<br>57.08 | |
| 3 Social security wages<br>1894.30 | | 4 Social security tax withheld<br>117.45 | |
| 5 Medicare wages and tips<br>1894.30 | | 6 Medicare tax withheld<br>27.47 | |
| a Control Number<br>792893 A22 | Dept.<br>147011 | Corp. | Employer use only<br>T 3853 |
| c Employer's name, address, and ZIP code<br>FAZOLIS RESTAURANTS INC<br>2470 PALUMBO DRIVE<br>LEXINGTON KY 40509 | | | |
| b Employer's FED ID number<br>61-1180070 | | d Employee's SSA number<br>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 | |
| 7 Social security tips | | 8 Allocated tips | |
| 9 Advance EIC payment | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | 12a See instructions for box 12 | |
| 14 Other | | 12b | |
| | | 12c | |
| | | 12d | |
| | | 13 Stat emp. / Ret. plan / 3rd party sick pay | |
| e/f Employee's name, address and ZIP code<br>ANGIE M. VARGAS<br>[redacted]<br>GREEN BAY,WI 54303 | | | |
| 15 State WI / Employer's state ID no. 519699-3 | | 16 State wages, tips, etc.<br>1894.30 | |
| 17 State income tax<br>29.97 | | 18 Local wages, tips, etc. | |
| 19 Local income tax | | 20 Locality name | |

**W-2** Wage and Tax Statement — Federal Filing Copy **2001**

Copy B to be filed with employee's Federal Income Tax Return.

RIOS-MARTINEZ_000540

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**PORTLAND, OREGON**

In the Matter of: Juan RIOS-MARTINEZ

File No.: A 077-967-893

ORDER OF THE IMMIGRATION JUDGE

FOR ANGELO LEVESQUE

Upon consideration of the Respondent's MOTION TO WITHDRAW the Motion be
☑ GRANTED ☐ DENIED because:

- ☐ The DHS does not oppose the motion
- ☐ The Respondent does not oppose the motion.
- ☐ A response to the motion has not been filed with the court.
- ☑ Good cause has been established for the motion.
- ☐ The court agrees with the reasons stated in the opposition of the motion.
- ☐ The motion is untimely per ______________________.
- ☐ Other: ______________________.

Deadlines:

- ☐ The applications(s) for relief must be filed by: ______________.
- ☐ The respondent must comply with the DHS biometrics instructions by__.

April 23, 2015
Date

[signature]
Hon. Immigration Judge

---

Certificate of Service
This document was served by: [✓] Mail [ ] Personal Service
To: [ ] Alien [ ] Alien c/o custodial Officer [✓] Alien's Atty/Rep [✓] DHS
Date: 4/24/15 By: Court Staff: MZ

DEFENDANT'S EXHIBIT 2

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
1220 SW 3RD AVENUE, SUITE 500
PORTLAND, OR 97204

RE: RIOS-MARTINEZ, JUAN MANUEL
FILE: A077-967-893

DATE: Oct 13, 2015

TO:
RIOS-MARTINEZ, JUAN MANUEL
8 KACY MEADOWS LANE
BUHL, ID 83316

Please take notice that the above captioned case has been scheduled for a ~~Master~~/Individual hearing before the Immigration Court on April 04, 2017 at 8.00 A.m at

THIS NOTICE MUST BE BROUGHT TO THE HEARING
1185 SOUTH VINNELL WAY
BOISE, ID 83709

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:

1) You may be taken into custody by the Department of Homeland Security and held for further action.

2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OF IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT PORTLAND, OR THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of Free Legal Service Providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180.

Alien Number: 077-967-893 Alien Name: RIOS-MARTINEZ, JUAN MANUEL

**From:** Juan Rios jr
**To:** John Cacheris
**Cc:** Joy Fish
**Subject:** Re: Juan Manuel Rios Martinez
**Date:** Monday, February 16, 2026 2:42:53 PM
**Attachments:** image001.png
image001.png

---

You don't often get email from riosjrj99@gmail.com. Learn why this is important

EXTERNAL SENDER

I'm writing this letter on behalf of Juan Rios. This is Juan Manuel Rios Jr. An and His wife Amy Rios. Juan is a loving father and a loving grandfather.. I've always known juan to be a hard worker. Has never done drugs and has quit drinking over 30 years ago.And have always known to be a kind and helpful person. If there's somebody in need he's always there. He has been in the process of getting his citizenship paying fees and lawyers so he could stay in the United States with his family. Ask that you give him a chance to prove that he could be a stand-up citizen. He is building a relationship with his granddaughter Sabrina who cares and loves for him a lot and ask about him.

On Fri, Feb 13, 2026, 11:30 AM John Cacheris <John_Cacheris@fd.org> wrote:

> Hello,
>
> Please use this email address and feel free to email me back with any words of support. Thanks!
>
> FDSI
>
> John Cacheris
> Assistant Federal Defender
>
> O 208.331.5501 | E John_Cacheris@fd.org
>
> FEDERAL DEFENDER SERVICES of Idaho
> 702 W Idaho St, Boise, ID 83702
>
> id.fd.org

DEFENDANT'S EXHIBIT
3